NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**SMARTFLASH LLC,**
*Appellant*

v.

**SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG ELECTRONICS CO., LTD., APPLE INC., GOOGLE INC.,**
*Appellees*

2016-2451, -2452, -2455, -2457, -2458, 2017-1056, -1102, -1104

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. CBM2014-00190, CBM2014-00192, CBM2014-00193, CBM2014-00194, CBM2015-00016, CBM2015-00017, CBM2015-00028, CBM2015-00029, CBM2015-00117, CBM2015-00118, CBM2015-00119, CBM2015-00120, and CBM2015-00125.

-------------------------------------------------------------------------------

**SMARTFLASH LLC,**
*Appellant*

v.

**APPLE INC, SAMSUNG ELECTRONICS LTD, SAMSUNG ELECTRONICS AMERICA, INC., GOOGLE INC.,**
*Appellees*

---

2017-1109, -1110, -1111

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. CBM2015-00031, CBM2015-00032, CBM2015-00033, CBM2015-00059, and CBM2015-00132.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Smartflash LLC's motion to consolidate Appeal Nos. 2016-2451, -2452, -2455, -2457, -2458 with Appeal Nos. 2017-1056, -1102, -1104,

IT IS ORDERED THAT:

(1) The motion is granted. Appeal Nos. 2016-2451, -2452, -2455, -2457, -2458 and Appeal Nos. 2017-1056, -1102, -1104 are consolidated, and thus one set of briefs for the appeals should be filed. The revised official caption is reflected above. The certified lists are due no later than December 5, 2016.

(2) Absent a motion to consolidate Appeal Nos. 2017-1109, -1110, -1111 with 2016-2451 et al., Appeal Nos. 2017-1109 et al. shall be considered companion cases to 2016-2451 et al. and the appeals will be assigned to the same merits panel.

SMARTFLASH LLC v. SAMSUNG ELECTRONICS AMERICA       3

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s31