NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SMARTFLASH LLC,**
*Appellant*

v.

**SAMSUNG ELECTRONICS AMERICA, INC.,
SAMSUNG ELECTRONICS CO., LTD., APPLE INC,
GOOGLE INC.**
*Appellees*

---

2016-2451, -2452, -2455, -2457, -2458, 2017-1056, -1102,
-1104, -1109, -1110, -1111

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. CBM2014-00190, CBM2014-00192, CBM2014-00193, CBM2014-00194, CBM2015-00016, CBM2015-00017, CBM2015-00028, CBM2015-00029, CBM2015-00031, CBM2015-00032, CBM2015-00033, CBM2015-00059, CBM2015-00117, CBM2015-00118, CBM2015-00119, CBM2015-00120, CBM2015-00125, and CBM2015-00132.

-------------------------------------------------------------------------

**SMARTFLASH LLC,**
*Appellant*

v.

**APPLE INC.,**
*Appellee*

_____

2017-1833, -1834, -1835, -1836, -1847

_____

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. CBM2015-00121, CBM2015-00123, CBM2015-00124, CBM2015-00127, and CBM2015-00131.

-------------------------------------------------------------------------------

**SMARTFLASH LLC,**
*Appellant*

v.

**APPLE INC., GOOGLE, INC.,**
*Appellees*

_____

2017-1837, -1846

_____

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. CBM2015- 00126, CBM2015-00130, CBM2015-00132 and CBM2015-00133.

_____

**ON MOTION**

_____

**O R D E R**

Upon consideration of Smartflash LLC's unopposed motion to consolidate the above-captioned appeals and to strike its opening brief filed in 16-2451 et al,

IT IS ORDERED THAT:

(1) The motion is granted. The appeals are consolidated. The revised official caption is reflected above. Smartflash's opening brief filed in 16-2451 et al (ECF No. 54) is struck.

(2) The certified lists in 17-1833, 17-1834, 17-1835, 17-1836, 17-1837, 17-1846, and 17-1847 are due no later than May 8, 2017.

(3) The opening brief in these appeals is due no later than 60 days after the filing of the last-filed certified list. All remaining deadlines are to be calculated in accordance with Federal Circuit Rule 31(a).

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s26