Nos. 2016-2451, 2016-2452, 2016-2455, 2016-2457, 2016-2458
2017-1056, 2017-1102, 2017-1104, 2017-1109, 2017-1110, 2017-1111

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

SMARTFLASH LLC,

*Appellant*,

v.

SAMSUNG ELECTRONICS AMERICA, INC.,
SAMSUNG ELECTRONICS CO., LTD., APPLE INC., GOOGLE INC.,

*Appellees*,

JOSEPH MATAL, Performing the Functions & Duties of Director of the US Patent & Trademark Ofc,

*Intervenor*.

Appeals from the United States Patent and Trademark Office,
Patent Trial and Appeal Board in Nos. CBM2014-00190, CBM2014-00192, CBM2014-00193, CBM2014-00194, CBM2015-00016, CBM2015-00017, CBM2015-00028, CBM2015-00029, CBM2015-00031, CBM2015-00032, CBM2015-00033, CBM2015-00059, CBM2015-00117, CBM2015-00118, CBM2015-00119, CBM2015-00120, CBM2015-00125, and CBM2015-00132.

## UNOPPOSED MOTION TO AMEND CASE CAPTION

Charles K. Verhoeven
Melissa Baily
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California St., 22nd Floor
San Francisco, CA 94103
(415) 875-6300
charlesverhoeven@quinnemanuel.com
melissabaily@quinnemanuel.com

*Counsel for Appellee Google LLC*.

CAPTION CONTINUED ON NEXT PAGE

Nos. 2017-1833, 2017-1834, 2017-1835, 2017-1836, 2017-1847

SMARTFLASH LLC,

*Appellant*,

v.

APPLE INC.,

*Appellee*,

JOSEPH MATAL, Performing the Functions & Duties of Director of the US Patent & Trademark Ofc,

*Intervenor*.

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. CBM2015-00121, CBM2015-00123, CBM2015-00124, CBM2015-00127, and CBM2015-00131.

Nos. 2017-1837, 2017-1846

SMARTFLASH LLC,

*Appellant*,

v.

APPLE INC., GOOGLE, INC.,

*Appellees*,

JOSEPH MATAL, Performing the Functions & Duties of Director of the US Patent & Trademark Ofc,

*Intervenor*.

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. CBM2015-00126, CBM2015-00130, CBM2015-00132, and CBM2015-00133.

2

# CERTIFICATE OF INTEREST

Counsel for Google LLC certifies the following:

1. The full name of the party represented by me is Google LLC.

2. The name of the real party in interest is Google LLC.

3. Google LLC is a wholly owned subsidiary of XXVI Holdings Inc., which is a wholly owned subsidiary of Alphabet Inc., a publicly traded company (NASDAQ: GOOG, GOOGL). No publicly traded company owns 10% or more of Alphabet Inc.'s stock.

4. The names of all firms and the partners or associates that appeared for the parties now represented by me in the trial court or are expected to appear in this Court (and who have not entered an appearance in this case) are: Raymond Nimrod; Andrew Holmes

5. The title and number of any case known to counsel to be pending in this or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal are:

    *Smartflash LLC et al. v. Samsung Elecs. Co., Ltd., et al.*, 6:13-cv-448 (E.D. Tex.)

    *Smartflash LLC et al. v. Google LLC et al.*, 6:14-cv-435 (E.D. Tex.)

    *Smartflash LLC et al. v. Amazon.com, Inc., et al.*, 6:14-cv-992 (E.D. Tex.)

    *Smartflash LLC et al. v. Apple Inc., et al.*, 6:15-cv-145 (E.D. Tex.)

October 11, 2017　　　　　　　　　　　*/s/ Melissa J. Baily*

## UNOPPOSED MOTION TO AMEND THE CAPTION

On September 30, 2017, Defendant-Appellee Google Inc. converted from a corporation to a limited liability company and changed its name to Google LLC. Therefore, Google moves to amend the case caption by changing "Google Inc." to "Google LLC."

No party intends to file an opposition or other response to this motion.

Respectfully submitted,

*/s/ Melissa J. Baily*

*Counsel for Appellee Google LLC*

Dated: October 11, 2017

## CERTIFICATE OF SERVICE

On October 11, 2017, I caused the foregoing to be filed with the Court electronically using the CM/ECF system, which will send a notification to all counsel of record.

| | |
|---|---|
| October 11, 2017 | */s/ Melissa J. Baily* |